**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| HOWARD, DENNIS C. | ) | CASE NO. 13-82173 |
| HOWARD, IRENE F. | ) | |
| | ) | |
| **Debtors.** | ) | |

### TRUSTEE'S REPORT OF POSSIBLE ASSETS AND
### NOTICE OF ABANDONMENT

Gary T. Rafool, Trustee, hereby notifies the court that there are possible assets in this case, administration of which may result in a dividend to creditors.

### ADMINISTERED ASSETS

The assets, which the trustee intends to ADMINISTER, are set forth as follows:

Non-exempt interest in $7,000.00 being held in trust by debtors' attorney from the sale of Dennis Howard's 2006 Freightliner Truck

### ABANDONED ASSETS

The trustee hereby ABANDONS the following assets because they are exempt, over encumbered or not otherwise suitable for administration:

All scheduled property **EXCEPT** the above-stated:

Non-exempt interest in $7,000.00 being held in trust by debtors' attorney from the sale of Dennis Howard's 2006 Freightliner Truck

/s/   **GARY T. RAFOOL**
**Chapter 7 Trustee**

**GARY T. RAFOOL**
**Chapter 7 Trustee**
**411 Hamilton Blvd., Suite 1600**
**Peoria, IL 61602**
**Telephone:  (309) 673-5535**